

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FRANK HERNANDEZ III, | § | No. 08-24-00066-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 361st District Court |
| | § | |
| THE STATE OF TEXAS, | | of Brazos County, Texas |
| | § | |
| Appellee. | | (TC# 22-01630-CRF-361) |
| | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 15th day of July 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.